IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

HYLAND CONSTRUCTION CO., INC., §
§
    Plaintiff, §
§
vs. §     CIVIL ACTION No._____
§
JEFFERY C. STONE, INC. D/B/A §
SUMMIT BUILDERS N/K/A SUMMIT §
DCK, LLC; DCK NORTH AMERICA, §
LLC D/B/A DCK WORLDWIDE, LLC; §
DCK/FWF, LLC; JEFFERY C. STONE; §
AND SAFECO INSRUANCE COMPANY §
OF AMERICA, §
§
    Defendants. §

## DEFENDANTS' NOTICE OF CONSENT TO REMOVAL BY SAFECO

1.    Defendants Jeffery C. Stone, Inc. d/b/a Summit Builders n/k/a Summit DCK, LLC; DCK North America, LLC d/b/a DCK Worldwide, LLC; DCK/FWF, LLC; and Jeffery C. Stone (the "Consenting Defendants"), by signature below, hereby consent to removal under 28 U.S.C. § 1446(b).

2.    Plaintiff in the state court action is Hyland Construction Co., Inc. ("Hyland"); Defendants are Safeco Insurance Company of America; Jeffery C. Stone, Inc. d/b/a Summit Builders n/k/a Summit DCK, LLC; DCK North America, LLC d/b/a DCK Worldwide, LLC; DCK/FWF, LLC; and Jeffery C. Stone.

3.    On June 27, 2014, an action was commenced in the 73rd Judicial District Court, Bexar County, Texas, entitled *Hyland Construction Co., Inc. v. Jeffery C. Stone, Inc. d/b/a Summit Builders n/k/a Summit DCK, LLC; DCK North America, LLC d/b/a DCK Worldwide, LLC; DCK/FWF, LLC; Jeffery C. Stone; and Safeco Insurance Company of America*, Cause No. 2014-CI-10228.

*Defendants' Notice of Consent to Removal*                      *Page 1*

4.     In its Original Petition, Hyland asserted the following causes of action against the Consenting Defendants:

(a)     Breach of contract, prompt pay interest and violation of the Texas Trust Funds Act as against Jeffery C. Stone, Inc. d/b/a Summit Builders n/k/a Summit DCK, LLC;

(b)     Violation of the Texas Trust Funds Act and fraudulent misrepresentation as against DCK North America, LLC d/b/a DCK Worldwide, LLC; DCK/FWF, LLC; and

(c)     Violation of the Texas Trust Funds Act as against Jeffery C. Stone.

5.     The Consenting Defendants each received service of the Original Petition on July 17, 2014.

6.     On August 8, 2014, Defendant Safeco Insurance Company of America filed a notice of removal to the United States District Court for the Western District of Texas, San Antonio Division.

7.     The Consenting Defendants agree with the notice of removal and, by signature below, consent to the removal of Cause No. 2014-CI-10228, currently pending in the 73rd Judicial District Court, Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division.

Respectfully submitted,
**LANGLEY LLP**

By: /s/   Keith A. Langley
    Keith A. Langley
    State Bar No. 11919500
    Gina D. Shearer
    State Bar No. 24069622
    901 Main Street, Suite 600
    Dallas, Texas 75202
    214-722-7169
    214-722-7161 (Facsimile)
    klangley@lwllp.com
    gshearer@lwllp.com

**ATTORNEYS FOR DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA**

AGREED:

Johnathan M. Bailey
State Bar No. 24000009
Christopher G. Burwell
State Bar No. 24063581
BAILEY & BAILEY, PC
230 Pereida Street
San Antonio, Texas 78210
Telephone:  (210) 225-7747
Facsimile:  (210) 225-8246
jbailey@baileyandbaileypc.com
cburwell@baileyandbaileypc.com

*Counsel for Consenting Defendants Jeffery C. Stone, Inc.*
*d/b/a Summit Builders n/k/a Summit DCK, LLC;*
*DCK North America, LLC d/b/a DCK Worldwide,*
*LLC; DCK/FWF, LLC; and Jeffery C. Stone*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document has been served in accordance with the Federal Rules of Civil Procedure to the following via facsimile on this 8th day of August, 2014.

Clayton C. Utkov
David L. Tolin, Jr.
FORD NASSEN & BALDWIN, PC
111 Congress Avenue, Suite 1010
Austin, Texas 78701
(512) 236-0682 *Facsimile*
**Counsel for Hyland**


Johnathan M. Bailey
Christopher G. Burwell
BAILEY & BAILEY, PC
230 Pereida Street
San Antonio, Texas 78210
(210) 225-8246 *Facsimile*
**Counsel for Defendants Jeffery C. Stone, Inc.**
**d/b/a Summit Builders n/k/a Summit DCK, LLC;**
**DCK North America, LLC d/b/a DCK Worldwide,**
**LLC; DCK/FWF, LLC; and Jeffery C. Stone**

/s/ Keith A. Langley
Keith A. Langley

*Defendants' Notice of Consent to Removal*                                    *Page 4*